**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-81336-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

Plaintiff,

vs.

DIAMONDROCK HOSPITALITY COMPANY, d/b/a HEAVENLY SPA BY WESTIN FORT LAUDERDALE, a foreign for-profit corporation,

Defendant.
_________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court upon the Parties' Stipulation of Dismissal with Prejudice, filed January 13. 2025. (DE 11). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The above-styled action and all claims therein are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

(3) Each party shall bear their own fees and costs, except as otherwise agreed.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15 day of January, 2025.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record